1  SOKOLOF REMTULLA
   Daniel I. Singer, Esq. SBN227907
2  2301 Dupont Drive Suite 505
   Irvine, California 92615
3  Telephone (949)449-1574
   dsinger@sokrem.com
4
5  Attorney for Plaintiff
   Titan Capital ID, LLC

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DISTRICT

| | |
|---|---|
| TITAN CAPITAL ID, LLC, a Delaware limited liability company ) ) ) ) Plaintiff, ) ) vs. ) ) ) SHANE WARREN THOMSON, an individual; and DOES 1 through 20, inclusive ) ) ) ) ) Defendant ) | Case No.: 2:23-cv-05039-ODW-AS<br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT JUDGMENT [FRCP RULE 55 (b)(1); L.R. 55-1, L.R. 55-2, L.R. 55-3]** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Titan Capital ID, LLC ("Plaintiff") hereby requests that the Clerk of this Court enter a Default Judgment against SHANE WARREN THOMSON ("Defendant") on the grounds that the has failed to appear or otherwise respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure and the Court having entered his default on or about December 4, 2023.

FRCP, Rule 55(b)(1) states in relevant part:

"(1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a

defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person."

Plaintiff's claim in this action is based on a signed promissory note in the original sum of $100,000 that was executed by Defendant on or about December 30, 2020. A true and correct copy of the promissory note in the sum of $100,000.00 is attached to the accompanying Declaration of Ira E. Saferstein as Exhibit "1" in support of this Request for Entry of Default Judgment. [See Saferstein Decl. ¶ 3/ Exh. 1].

Plaintiff's claim is for a sum certain or a sum that can be made certain by computation. Upon Plaintiff's request accompanied by "… an affidavit showing the amount due" as evidenced by accompanying Declaring of Ira E Saferstein, the Clerk must enter judgment for that amount and costs against the Defendant.

Therefore, entry of a Default Judgment is requested in the total sum of $111,262.33 consisting of principal in the amount of $100,000.00, Attorney's fees in the amount of $3,600.00 and costs in the amount of $597.00 against Defendant SHANE WARREN THOMSON.

Dated this January 5, 2024            Respectfully submitted:

SOKOLOF REMTULLA

*Daniel I. Singer*
_____
By: Daniel I. Singer, Esq.
Attorneys' For Plaintiff, Titan Capital ID, LLC