**SOKOLOF REMTULLA**
Daniel I. Singer, Esq. SBN227907
2601 Main Street Suite 1300
Irvine, California 92614
Telephone (949)449-1574
dsinger@sokrem.com

Attorney for Plaintiff
Titan Capital ID, LLC

JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DISTRICT

| | |
|---|---|
| TITAN CAPITAL ID, LLC, a Delaware limited liability company | Case No.: 2:23-cv-05039-ODW-AS |
| Plaintiff, | **DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| SHANE WARREN THOMSON, an individual; and DOES 1 through 20, inclusive | |
| Defendant | |

The defendant Shane Warren Thomson ("Defendant") having failed to plead or otherwise defend this action, and default having heretofore been entered against him on December 4, 2023;

Based upon the written application of Plaintiff Titan Capital ID, LLC ("Plaintiff"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Rules 55-1, 55-2, and 55-3 requesting that the Clerk of this Court enter a Default Judgment against Defendant on the grounds that he has failed to appear or otherwise respond to the Complaint;

Based further upon the written declarations of Ira Saferstein of Plaintiff and Daniel I. Singer, that Defendant is indebted to Plaintiff in the principal sum of $100,000

and that the claim is for a sum certain or for a sum which can by computation be made certain;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff shall recover from Defendant Shane Warren Thomson the following sums:

A.    Principal:              $100,000.00

B.    Accrued Interest:   $7,083.33

B.    Attorney's Fees:     $3,600.00

C.    Costs:                   $597.00

Total Judgment:           $111,280.33

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this Default Judgment shall bear post judgment interest at the applicable federal rate as permitted by law.

Dated: January 8, 2024                    By    L. Chai    Deputy Clerk
                                                    CLERK OF THE DISTRICT COURT